FILED
CLERK, U.S. DISTRICT COURT

September 24, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

In the Matter of the Creation of the Calendar

of

Judge MARK C. SCARSI

ORDER OF THE CHIEF JUDGE

**20-115**

  Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Mark C. Scarsi,

  IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Otis D. Wright, II to the calendar of Judge Mark C. Scarsi:

| Case Number | Case Title |
|---|---|
| 2:17-cv-04673-ODW-SHK | Anthony Phillips v. D. Melo Trejos et al |
| 2:18-cv-03966-ODW-JCx | *SEALED* |
| 2:18-cv-09313-ODW-MRWx | Texkhan, Inc. v. I Joah et al |
| 2:19-cv-06602-ODW-Ex | KC and HC, Inc. v. Forever 21, Inc. et al |
| 2:19-cv-07749-ODW-AFMx | Jeffrey S. ONeil v. California Coastal Commission |
| 2:19-cv-09349-ODW-JCx | Vivian Torres v. Target Corporation et al |
| 2:20-cv-00405-ODW-PLAx | Securities and Exchange Commission v. Gregory Lamont Drake et al |
| 2:20-cv-01686-ODW-PLAx | Great American Insurance Company v. ReGreen, Inc., et al |
| 2:20-cv-04058-ODW-PVCx | Platinum Tools, LLC v. Simply45, LLC et al |
| 2:20-cv-04653-ODW-ASx | Christopher Speidel et al v. Martina Markota et al |
| 2:20-cv-04805-ODW-JCx | Marsha Lyons v. Mercedes-Benz USA, LLC et al |
| 2:20-cv-05114-ODW-PJWx | Guri Gonzalez v. Osborne Liquor, Inc. et al |
| 2:20-cv-05729-ODW | In Re: Samuel Michael Saber |
| 2:20-cv-06342-ODW-PJWx | Jason Mamakos v. Provident Life and Accident Insurance Company |
| 2:20-cv-06695-ODW-GJSx | Yong Koo v. Sameer Hannoun et al |
| 2:20-cv-06845-ODW-PVCx | Entesar Najm Abbood Alzuabidi et al v. United States Department of State et al |

In the Matter of the
Creation of Calendar for
District Judge Mark C. Scarsi                                                                         2

| | |
|---|---|
| 2:20-cv-07089-ODW-E | Ceneen Lazaro Brizuela v. Andrew Saul |
| 2:20-cv-07367-ODW-JPRx | Andrea Hernandez et al v. TriStar Products Inc et al |
| 2:20-cv-07675-ODW-PDx | Ricardo Sherfield v. Stater Bros. Markets et al |
| 2:20-cv-07834-ODW-AFMx | Selane Products, Inc. v. Continental Casualty Company |
| 2:20-cv-07882-ODW-GJS | Gary Daniel Ingraham v. Andrew Saul |
| 2:20-cv-08271-ODW-PVCx | Kenneth Harris v. Crane Co. et al |
| 5:19-cv-01113-ODW-SHKx | Deloris Finks Todorovski v. Equifax Information Services, Inc. et al |
| 5:19-cv-02072-ODW-SPx | Michael Trujillo v. Free Energy Savings Company, llc |

DATED: September 24, 2020

_____
Chief Judge Philip S. Gutierrez