JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELANE PRODUCTS, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>Defendant. | Case No. 2:20-cv-07834-MCS-AFM<br><br>**FINAL JUDGMENT** |

This matter came before the Court on Defendant Continental Casualty Company's Motion to Dismiss [ECF No. 39] Plaintiff Selane Products, Inc.'s First Amended Complaint. The Court, having considered the Parties' briefs and having heard oral argument, issued an Order dated February 8, 2021, granting the Motion and Dismissing the First Amended Complaint with prejudice [ECF No. 48]. For the reasons set forth in the Court's Order, the Court **DISMISSES** this action in its entirety with

///

1

prejudice, and the Clerk is directed to **ENTER FINAL JUDGMENT** in favor of Defendant Continental Casualty Company and against Plaintiff Selane Products.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 10, 2021    _____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE