

| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAR 9 2021 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| SELANE PRODUCTS, INC., on behalf of itself and all others similarly situated,<br><br>            Plaintiff-Appellant,<br><br> v.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>            Defendant-Appellee. | No.   21-55123<br><br>D.C. No.<br>2:20-cv-07834-MCS-AFM<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: M. SMITH and BUMATAY, Circuit Judges.

Appellant's motion to expedite (Docket Entry No. 17) is granted in part.

The request to expedite briefing is granted. No streamlined extensions of time will be approved. *See* 9th Cir. R. 31-2.2(a)(1). The opening brief has been filed. The answering brief is due March 26, 2021. The optional reply brief is due within 7 days after service of the answering brief.

The request to expedite calendaring is granted in part. The Clerk will place this appeal on the next available calendar. *See* 9th Cir. Gen. Order 3.3(f).

AC/MOATT